```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

RODNEY J. COOK,                )
                               )
           Plaintiff,          )         4:07CV3241
                               )
       v.                      )
                               )
UNION PACIFIC RAILROAD         )         ORDER
COMPANY,                       )
                               )
           Defendant.          )
                               )
```

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from March 11, to April 15, 2008 at 2:00 p.m.

Plaintiff's counsel shall initiate the call.

DATED this 14th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge