THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY J. COOK, | ) | 4:07CV3241 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

The parties in this case have filed cross-motions for summary judgment (filings 18 & 21). Because it is the present intention of the court to grant the defendant's motion for summary judgment and to deny the plaintiff's motion for summary judgment, I shall order that trial of this matter, currently set to begin on September 29, 2008, shall be continued until further order of the court.

IT IS ORDERED:

1. Trial of this matter, set to begin on September 29, 2008, is continued until further order of the court;

2. A memorandum and order disposing of the parties' motions for summary judgment (filings 18 & 21) shall be issued within 30 days.

September 18, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge